**THE ESTLE LAW FIRM**
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092

Mark D. Estle (CA Bar No. 135004)

Attorney for Movant LITTON LOAN SERVICING, LP, AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004, FREMONT HOME LOAN TRUST 2004-D

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>AHMAD ALI MOHYEE,<br><br>　　　　Debtor | Case No. 09-11825-AJ<br>Chapter 7<br>RS No. MDE-499<br><br>MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Date: August 13, 2009<br>Time: 9:00 a.m.<br>Location: 99 South "E" Street<br>　　　　　Santa Rosa, CA |

　　　LITTON LOAN SERVICING, LP, AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004, FREMONT HOME LOAN TRUST 2004-D ("Movant") moves this Court for an Order granting Movant relief from the automatic stay to exercise its remedies under its secured interests and non-bankruptcy law, including but not limited to foreclosure upon and sale of the interests of Debtors and JEFFRY LOCKE, Chapter 7 Trustee, in certain real property as set forth herein. Movant alleges:

　　　1.　　This Court has jurisdiction over this matter pursuant to 11 U.S.C. §361 and §362 and Federal Rules of Bankruptcy

1  Procedure 4001, 9013 and 9014, and Local Bankruptcy Rules for the
2  Northern District, Rule 4001-1.  This is a core proceeding under
3  28 U.S.C. 157 (b) (2).
4      2.   Movant alleges that its interest in the Property is
5  not adequately protected, Debtor has no interest or equity in the
6  Property, the Property is not necessary for an effective
7  reorganization, and/or that it would be unfair and inequitable to
8  delay Movant in the foreclosure of its interest in the Property
9  pursuant to 11 U.S.C. § 362 (d).
10     3.   Movant is the holder of a note payable by the Debtor in
11 the original principal amount of $697,500.00 (the "Note").  The
12 Note is secured by a deed of trust (the "Deed of Trust")
13 encumbering the real property commonly known as 2130 Santiago
14 St., San Francisco, CA 94116, and legally described in the Deed
15 of Trust (the "Property").
16     4.   Debtor filed the instant Bankruptcy under Chapter 7 of
17 the United States Bankruptcy Code on or about June 17, 2009.
18     5.   Debtors are delinquent with the contractual payments to
19 Movant in the total amount of $126,668.48 for the December 2007
20 through July 2009 regular monthly payments and each successive
21 month thereafter.  As of July 2, 2009, the total indebtedness was
22 $126,668.48.
23     6.   Movant is entitled to attorney's fees and costs under
24 the Note and Deed of Trust or alternatively under 11 U.S.C. §
25 506(b) and such other relief as the Court deems just and proper.
26 This demand is based on the instant Motion for Relief from
27 Automatic Stay and the following Declaration of Daniella Garrett.
28          WHEREFORE, Movant prays this Court issue an Order:

1     A.    Terminating the automatic stay to permit Movant, its successors and/or assigns, to exercise its lawful remedies under its security instruments and non-bankruptcy law, including but not limited to foreclosure upon and sale of the Property; and

    B.    That upon foreclosure, in the event the Debtor fails to vacate the real property, to permit Movant to proceed with all lawful remedies available in state court including but not limited to the right to possession thereof and unlawful detainer action; and

    C.    In the event this Chapter 7 proceeding is converted to another Chapter, the order be deemed binding and of full force and effect in any such converted proceeding as to the parties herein; and

    D.    That the 10-day waiting period prescribed by Federal Rules of Bankruptcy Procedure, Rule 4001 (a)(3) be waived; an

    E.    Movant shall be granted such other and further relief as this Court deems just and proper.

THE ESTLE LAW FIRM

DATED: July 11, 2009        By:   /s/ Mark D. Estle
                                          MARK D. ESTLE,
                                          Attorney for Movant