JaVonne M. Phillips, Esq. SBN 187474
Gregory J. Babcock, Esq. SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Arch Bay Holdings, LLC-Series 2008A, its assignees and/or successors and the servicing agent Marix Servicing, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-11825 J |
| | ) |
| Ahmad Ali Mohyee, | ) Chapter 7 |
| | ) |
| | ) |
| | ) **DECLARATION IN SUPPORT OF** |
| Debtor. | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) Date: 09/09/09 |
| | ) Time: 9:00 am |
| | ) Place: 99 South E Street |
| | )        Santa Rosa, CA |

1                                                                File No. CA09-28359
Declaration in Support of Motion for Relief from Automatic Stay, Case No.09-11825 J

Case: 09-11825   Doc# 16-1   Filed: 08/18/09   Entered: 08/18/09 15:15:18   Page 1 of 3

I, Courtney VanDyke, declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am employed by Marix Servicing, LLC, Servicing Agent on behalf of Movant, ( Secured Creditor  herein), and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Marix Servicing, LLC are obtained, prepared, and maintained.  Those records are obtained, prepared, and maintained by employees or agents at Marix Servicing, LLC in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon.  The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge.  I have knowledge and/or access to the business records.

4. The subject real property securing the Deed of Trust loan is commonly known as 19 Andreas Court, Novato, CA 94945 and legally described as set forth in the attached Deed of Trust.

5. This Secured Creditor holds the original Promissory Note dated 11/20/2006 in the principal amount of $180,000.00 which is secured by the Deed of Trust of the same date. **See Exhibit  1** .

6. The Debtor filed this subject bankruptcy petition on 06/17/2009.

7. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment.  For example, a payment received in December will be applied to the November payment if no payment had been received in November.

///
///
///
///

8. With respect to Secured Creditor s Deed of Trust as of July 8, 2009, the following is now due:

| | | |
|---|---:|---:|
| Unpaid Principal Balance: | $ | 179,804.06 |
| **DELINQUENCIES** | | |
| Monthly Payments: 26 at $1,757.35 | $ | 45,691.10 |
| (06/01/07 through 07/01/09) | | |
| Late Charges: | $ | 1,623.45 |
| Recoverable Balance: | $ | 218.35 |
| **Total Delinquencies:** | **$** | **47,532.90** |

9. The next scheduled monthly payment is due August 1, 2009 and continuing each month thereafter. Late charges are due on the 16th day of each month if payment is not received by the 15th of the month when due.

10. A contractual accounting is attached, and Declarant attests to the statement s accuracy. **See Exhibit "4"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 07-28-09, at Phoenix (City), Arizona (State).

*[signature]*