1  JaVonne M. Phillips, Esq., SBN 187474
   Gregory J. Babcock, Esq., SBN 260437
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Arch Bay Holdings LLC-Series 2008A, its assignees and/or successors and the servicing agent
6  Marix Servicing, LLC

7

8

9

10                 UNITED STATES BANKRUPTCY COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SANTA ROSA DIVISION

13
   In re:                              ) Case No. 09-11825 J
14                                      )
   Ahmad Ali Mohyee,                    ) Chapter   7
15                                      )
16                                      )
                                        ) **MOTION FOR RELIEF FROM**
17                                      ) **AUTOMATIC STAY**
                                        )
18          Debtor.                     )
                                        ) Date:   09/09/09
19                                      ) Time:   9:00am
                                        ) Place:  99 South E Street
20                                      )          Santa Rosa, CA
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
   _____     )
24
           MARIX SERVICING, LLC AS SERVICING AGENT FOR ARCH BAY HOLDINGS
25
   LLC-SERIES 2008A, its assignees and/or successors in interest ("Secured Creditor" or
26
   "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. §
27
   362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim)
28
   so that moving party and its Trustee may commence and continue all acts necessary to foreclose
29

Case: 09-11825   Doc# 18   Filed: 08/20/09   Entered: 08/20/09 22:02:28   Page 1 of 3

1   under the Deed of Trust secured by the Debtor's property, commonly known as 19 Andreas

2   Court, Novato, CA 94945, ("Property" herein).

3       The current value of the Debtor's subject Property is $1,250,000.00 based upon the

4   Debtor's own value as set forth in **Exhibit "2"**. Other than Secured Creditor's Deed of Trust, the

5   Debtor's subject Property is also encumbered by a Second Deed of Trust in favor of Marix Loan

6   Servicing in the approximate amount of $181,446.00 as set forth in Debtor's Schedule D. **See**

7   **Exhibit "3"**.

8       Other than Secured Creditor's Deed of Trust, the Debtor's subject Property is also

9   encumbered by a Third Deed of Trust in favor of Michael Palumbo in the approximate amount of

10   $65,000.00 as set forth in Debtor's Schedule D. **See Exhibit "3"**.

11       In the present case, the Debtor has no equity in the Property, as evidenced by the

12   approximate market value compared to the total liens against the Property, principally that of

13   Secured Creditor herein and the other liens as noted in this Motion.

14

15

| | | |
|---|---|---|
| Value | $ | 1,250,000.00 |
| Total Liens to Secured Creditor | $ | 1,722,478.78 |
| Junior Liens | $ | 246,446.00 |
| Equity | $ | (718,924.78) |

18

19       Based on the foregoing, Secured Creditor alleges that there is no equity in the subject

20   Property, the subject Property is not necessary for an effective reorganization, and Secured

21   Creditor is not adequately protected.  Secured Creditor is not receiving regular monthly

22   payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property.

23   Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to

24   11 U.S.C. § 362(d)(1) and (2).

25       WHEREFORE, Secured Creditor prays for judgment as follows:

26       1.   For an Order granting relief from the automatic stay, permitting Secured Creditor to

27          proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the

28          subject Property at a trustee's sale under the terms of the Deed of Trust to proceed

29

File No. CA09-24388
Motion for Relief from Automatic Stay, Case No.09-11825 J

with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2.  For an Order that the ten day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3.  For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

4.  For attorneys' fees and costs incurred herein.

5.  If recorded in compliance with applicable state laws governing notices of interests or liens in the Property, the Order shall be binding and effective under 11 U.S.C. §362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

6.  For such other relief as the Court deems proper.

7.  The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.


Dated: August 20, 2009            McCarthy & Holthus, LLP


                                  By:  _/s/ Gregory J. Babcock_____
                                       Gregory J. Babcock, Esq.
                                       Attorneys for Secured Creditor

Case: 09-11825    Doc# 18    Filed: 08/20/09    Entered: 08/20/09 22:02:28    Page 3 of 3