

**Signed: October 02, 2009**

_____
**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**
_____

1  JaVonne M. Phillips, Esq., SBN 187474
   Gregory J. Babcock, Esq., SBN 260437
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA 92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Arch Bay Holdings LLC-Series 2008A, its
6  assignees and/or successors and the servicing
   agent Marix Servicing, LLC

7

8

9

10                UNITED STATES BANKRUPTCY COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SANTA ROSA DIVISION

13

14  In re:                          ) Case No. 09-11825 J
                                     )
15  Ahmad Ali Mohyee,               ) Chapter 7
                                     )
16                                   )
         Debtor.                     )
17                                   ) **ORDER ON MOTION FOR RELIEF**
                                     ) **FROM AUTOMATIC STAY**
18                                   )
19                                   ) Date:  09/09/09
                                     ) Time:  9:00am
20                                   ) Place: 99 South E Street
21                                   )        Santa Rosa, CA
                                     )
22                                   ) Judge:  Alan Jaroslovsky
                                     )
23                                   )
                                     )
24  _____ )

25        The motion of Secured Creditor, Arch Bay Holdings LLC-Series 2008A, its assignees

26  and/or successors and the servicing agent Marix Servicing, LLC, for relief from the automatic

27  stay came on regularly for hearing by the Court on the date, time and place set forth above,

28  before the Honorable Alan Jaroslovsky. Movant, Arch Bay Holdings LLC-Series 2008A, its

29  assignees and/or successors and the servicing agent Marix Servicing, LLC appeared by and

through its Attorney of Record, McCarthy & Holthus, LLP by Gregory J. Babcock, Esq. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, Arch Bay Holdings LLC-Series 2008A, its assignees and/or successors and the servicing agent Marix Servicing, LLC, in the real property commonly known as 19 Andreas Court, Novato, CA 94945.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED The ten day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

**\*\* END OF ORDER \*\***

File No. CA09-24388
Order on Motion For Relief From Stay
Case No. 09-11825 J